UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 12805
   HECTOR L CONCEPCION
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-8172
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/20/08 and confirmed on 07/18/08.

2. The case was dismissed after confirmation, 01/09/2009.

3. The Debtor paid a total of $ 3680.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 34435.32 | .00 | 1123.06 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| ALEC | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 34435.32 | .00 | .00 | .00 | 34435.32 |
| PRINCIPAL PAID | 1123.06 | .00 | .00 | .00 | 1123.06 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1123.06 | .00 | .00 | .00 | 1123.06 |

The Debtor's attorney, FRASER & YOURA LLC           , was allowed $   3500.00 and was paid $   1146.00  direct and $   2354.00  through the plan.

The Trustee received $     202.94 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


```
Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 12805 HECTOR L CONCEPCION
```